UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE

2003 DEC 30  A 10: 29

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND,<br><br>Plaintiff,<br><br>v.<br><br>M&R LEASING CORPORATION<br>Defendant. | C.A. No. 03cv12528 MLW |

### AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT

I am not a party to this action and am over 18 years of age and served the summons and the complaint in this action upon Joseph F. Penza, Registered Agent, M&R Leasing Corporation, 530 Greenwich Avenue, Warwick, RI 02886 and Pasco L. Izzo, President, M&R Leasing Corporation, PO Box 19226, Johnston, RI 02919 on December 22, 2003, by U.S. certified mail, return receipt requested. A copy of the original return receipts are attached hereto.

I declare under penalties of perjury that the foregoing is true and correct this 29th day of December 2003.

*Michelle Diamond*
Michelle Diamond, Paralegal
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits.<br><br>1. Article Addressed to:<br><br>Pasco L. Izzo, President<br>M&R Leasing Corporation<br>PO Box 19226<br>Johnston, RI 02919 | A. Signature  X [signature]  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) Richard Tuvock   C. Date of Delivery<br>D. Is delivery address different from item 1? ☐ Yes<br>  If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>  ☒ Certified Mail  ☐ Express Mail<br>  ☐ Registered  ☐ Return Receipt for Merchandise<br>  ☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7003 1010 0001 0791 9465 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits.<br><br>1. Article Addressed to:<br><br>Joseph F. Penza<br>Registered Agent<br>M&R Leasing Corporation<br>530 Greenwich Avenue<br>Warwick, RI 02886 | A. Signature  X [signature] Kate Bdt   ☒ Agent  ☐ Addressee<br>B. Received by (Printed Name) Kate Berrelt   C. Date of Delivery 12-22-03<br>D. Is delivery address different from item 1? ☐ Yes<br>  If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>  ☒ Certified Mail  ☐ Express Mail<br>  ☐ Registered  ☒ Return Receipt for Merchandise<br>  ☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7003 1010 0001 0791 9472 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540