UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND,<br><br>      Plaintiff,<br><br>v.<br><br>M&R LEASING CORPORATION<br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 03cv12528 MLW<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF DISMISSAL PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 41**

    Now comes the Plaintiff, Fund Manager of the New England Teamsters and Trucking Industry Pension Fund, to notify this Court that he wishes to dismiss the above-captioned action without prejudice and with each party to bear its own costs pursuant to F.R.C.P. 41(a)(1)(i) as the Defendants have neither filed an answer nor motion for summary judgment.

Dated: January 28, 2004            Respectfully submitted,

                                                For the Plaintiff,
                                              CHARLES LANGONE, FUND MANAGER
                                              By his Attorney,

                                              /s/ Catherine M. Campbell_____
                                              Catherine M. Campbell
                                              BBO #549397
                                              Feinberg, Campbell & Zack, P.C.
                                              177 Milk Street
                                              Boston, MA  02109
                                              (617) 338-1976

<u>Certificate of Service</u>

    I, Catherine M. Campbell, hereby certify that I caused a copy of the foregoing to be sent this date by U.S. Mail, postage paid to Pasco L. Izzo, President, M&R Leasing Corporation, PO Box 19226, Johnston, RI 02919.
.

Dated: January 28, 2004                              <u>/s/ Catherine M. Campbell</u>
                                                                              Catherine M. Campbell